# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE SEARCH OF 2457 MEYERS HOLLOW ROAD, MARSHFIELD, WEBSTER COUNTY, MISSOURI. | No. 21-SW-2083DPR<br><br>(UNDER SEAL) |

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ANTICIPATORY SEARCH WARRANT

I, Gregory Bowie, being first duly sworn, do depose and state that:

### INTRODUCTION

1. I am a Special Agent with Homeland Security Investigations (HSI). I have been a Special Agent for approximately 20 years, and I am currently assigned to the Resident Agent in Charge, Springfield, Missouri, Office. Prior to that, I was employed as a police officer for the city of Little Rock, Arkansas, for six years. During my tenure as a federal agent I have participated in numerous investigations related to the smuggling and transportation of controlled substances. Through my own investigation and conversations with other law enforcement officers, I have knowledge of the facts contained within this Affidavit.

2. This Affidavit is made in support of an anticipatory search warrant application for 2457 Meyers Hollow Road, Marshfield, Webster County, Missouri 65706 and any outbuildings and vehicles on the premises (hereinafter referred to as the "TARGET LOCATION," and further described in Attachment A).

3. This Application seeks authority to search for and seize evidence, fruits, and

1

4. instrumentalities of crimes against the United States, specifically, in violation of 21 U.S.C. §§ 841, (possession with intent to distribute controlled substances), 843 (unlawful use of communications facility), 846 (conspiracy to distribute controlled substances), 952 (importation of controlled substances), 961 (failure to notify the Attorney General of importation), and 963 (attempt and conspiracy to import); and 18 U.S.C. § 545 (smuggling goods into the United States) (the "specified federal offenses").

4. On or about March 30, 2021, an international package from Mexico arrived at the FedEx facility in Memphis, Tennessee. The package is addressed to "Daren Smikle 2457 Meyers Hollow Rd, Marshfield, MO 65706 United States," and has the return address of "Manuel Sanchez Sanchez, Dr Miguel Silva 209 Centro Morelia, MI, Mexico." The package's recipient address is the same address as the TARGET LOCATION.

5. The package was selected by Customs and Border Protection for enforcement examination.

6. The package consisted of a cardboard box, bearing FedEx tracking number 7853 9045 7807.

7. The package was x-rayed, and anomalies were noticed. Inside the package was a cooler. An intrusive inspection of the cooler revealed a crystal-like substance that tested positive for methamphetamine. The gross weight of the cooler was determined to be 8.5 kilograms.

8. On April 1, 2021, your affiant was made aware of the seizure and asked that the package to be sent to the HSI Springfield, Missouri, Office for an anticipated controlled delivery.

9. The package was sent via FedEx from Memphis, Tennessee, to the HSI field office on April 1, 2021, and arrived in Springfield, Missouri, on April 2, 2021.

10. Database searches conducted by Customs and Border Protection officers revealed that three additional international shipments have been sent to Smikle at the TARGET LOCATION. The shipments are as follows:

   a   December 9, 2020, 26.30-kilogram package, manifested as "homemade aged cheese," from sender Manuel Sanchez Sanchez, Dr. Miguel Silva 209, Morelia, MI, Mexico;

   b   January 20, 2021, 29.40-kilogram package, manifested as "homemade aged cheese," from sender Manuel Sanchez Sanchez, Dr. Miguel Silva 209, Morelia, MI, Mexico;

   c   February 25, 2021, 25.50-kilogram package, manifested as "box made of plastic homemade aged cheese," from sender Jose Lopez Ochoa, Dr. Miguel Silva 209, Morelia, MI, Mexico.

11. On April 5, 2021, the methamphetamine was extracted from the cooler and weighed. The gross weight was determined to be approximately two kilograms.

12. Agents have verified that Daren Smikle resides at the property located at the TARGET LOCATION. Smikle's Missouri driver's license lists the TARGET LOCATION as his address. Commercial databases list the TARGET ADDRESS as Smikle's residence. The Webster County Sheriff's Office also lists Smikle's address as the TARGET LOCATION.

13. Your affiant, along with participating agents from HSI, the Drug Enforcement Administration (DEA), and other law enforcement officials, will affect a controlled delivery of this package to the TARGET LOCATION.

14. Based on the collective training and experience of both your affiant and participating agents and officers, your affiant knows and therefore avers that drug traffickers: (i) commonly maintain books, records, computer data and other items relating to the importation, transportation, ordering, purchase and distribution of illegal drugs; (ii) frequently maintain

evidence of travel and communication required to arrange for the purchase, importation and distribution of such drugs; (iii) often keep on hand vast sums of cash proceeds, which may have to be covertly or overtly invested or held in cash; (iv) frequently know others involved in the trafficking of illegal substances, and keep records, electronic data, objects and other items which provide evidence of the identities of others involved in such trafficking; (v) frequently use aliases to conceal their identities, and often possess firearms and other weapons; (vi) often maintain at their residences and other locations unsold or undistributed supplies of drugs; (vii) often weigh, dilute and process for sale their drugs- which are generally referenced in paragraph 11 of Attachment B, and which are generally referred to as drug paraphernalia.

15. Based upon the foregoing, I submit that there is probable cause to believe that there is and will be evidence of violations of the specified federal offenses at the TARGET LOCATION when the package containing methamphetamine enters the residence at the TARGET LOCATION. Accordingly, your affiant seeks authorization to enter the TARGET LOCATION at such time as the package enters the residence at the TARGET LOCATION. Your affiant further requests authority to seize those items that are listed more fully in Attachment B.

16. I am requesting that the affidavit and other accompanying documents be sealed because of the ongoing nature of the investigation.

Further your affiant sayeth naught.

*[signature]*
Gregory Bowie
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me by telephone or other reliable electronic means on the __7th__ day of April, 2021.

*[signature]*
HONORABLE DAVID P. RUSH
Chief United States Magistrate Judge
Western District of Missouri